UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNA MUTUAL GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>AFFINION BENEFITS GROUP, LLC<br><br>    Defendant. | **CASE NO.: C 09-00389 MEJ**<br><br>Assigned for all purposes to the Honorable Maria-Elena James, Courtroom B<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CUNA Mutual Group v. Affinion, Inc.　　　　1　　　　[PROPOSED] ORDER OF DISMISSAL
U.S.D.C. Case No: C 09-00389 MEJ

| | |
|---|---|
| 1 | CUNA MUTUAL GROUP v. AFFINION BENEFITS GROUP, LLC |
| 2 | U.S. DISTRICT COURT CASE NO.: CASE NO.: C 09-00389 MEJ |
| 3 | **ORDER OF DISMISSAL** |
| 4 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CUNA MUTUAL |
| 5 | GROUP ("Plaintiff"), by and through its undersigned counsel of record, agrees to dismiss |
| 6 | Defendant, AFFINION BENEFITS GROUP, LLC ("Defendant") with prejudice from |
| 7 | this lawsuit designated case number C 09-00389. Plaintiff and Defendant shall each bear |
| 8 | their own attorney fees and costs incurred in this action. |
| 9 | The Clerk of Court shall close the file. |
| 10 | SO ORDERED. |
| 11 | |
| 12 | Dated: February 17, 2009 |
| 13 | |
| 14 | _____ |
| 15 | HON. MARIA-ELENA JAMES<br>UNITED STATES DISTRICT COURT JUDGE |